■ In the Matter of the Judicial Settlement of the Account of HSBC BANK USA, Formerly MARINE MIDLAND BANK, et al., as Cotrustees under Article 6A of the Will of JAMES ELY for JAMES ELY, JR., Deceased, for the Period Covering May 31, 1968 to September 7, 2006. HSBC BANK USA, N.A., Respondent; MICHELE T.K. ELY et al., Appellants. [971 NYS2d 709]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered September 25, 2012. The order granted the motion of petitioner for summary judgment dismissing all objections to an amended accounting.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate (*Matter of HSBC Bank USA [Ely]*, 37 Misc 3d 875 [2012]). Present—Scudder, P.J., Peradotto, Carni, Valentino and Whalen, JJ.